429 A.2d 745

Commonwealth ex rel. Wheaton v. Wheaton, Appellant.

616

Argued June 11, 1980. Thomas E. Waters, Jr., for appellant; Gilbert P. High, Jr., for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.